IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO: _____ |
|---|---|---|
| v. | : | DATE FILED: _____ |
| BRIAN HORTER | : | VIOLATIONS:<br>18 U.S.C. § 922(g)(1) (convicted felon in possession of a firearm - 1 count)<br>26 U.S.C. § 5861(d) (possession of an unregistered destructive device – 1 count) |
|  | : |  |
|  | : |  |

## INFORMATION

## COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about March 26, 2016, through on or about June 18, 2016, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**BRIAN HORTER**,

having been convicted in a court of the Commonwealth of Pennsylvania, Philadelphia County, of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate and foreign commerce a firearm, that is, the Zastava Arms 7.62x39 caliber rifle, Model N-PAP M70, bearing serial number N-PAP046738.

In violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about June 18, 2016, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### BRIAN HORTER

knowingly possessed a destructive device, that is, an Improvised Explosive Device (IED) comprised in part of a metal pipe, explosive powder, and a fuse, not registered to the defendant in the National Firearms Registration and Transfer Record, as required by Title 26, United States Codes, Section 5841.

In violation of Title 26, United States Code, Sections 5845(a) and (f), 5861(d), and 5871.

_____
**LOUIS D. LAPPEN**
**ACTING UNITED STATES ATTORNEY**